IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA,
           Plaintiff,

v.                                     Criminal No.5:12CR50073-001

JAMES HANNA,
           Defendant.

### PRELIMINARY ORDER OF FORFEITURE

In the forfeiture allegation of the Indictment, the United States seeks forfeiture of specific property of the defendant pursuant to 18 U.S.C. § 2253 as property which was used or intended to be used to commit the offense alleged in Count One and Eight of the Indictment.

On January 7, 2013, the defendant, James Hanna, pleaded guilty to Counts One and Eight of the Indictment and further agreed to the forfeiture of the personal property listed in the forfeiture allegation. By virtue of said guilty plea the United States is entitled to possession of said properties pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

Accordingly, it is hereby ORDERED, DECREED and ADJUDGED:

1. That based upon the guilty plea of the defendant to Count One and Eight of the Indictment, the United States is hereby authorized to seize the personal property described as:

        (a)        IBM Think Pad, Serial # 11S39T2513ZlZAVC00HBB4

        (b)        IBM Think Pad, Serial # 11S13N6796Z1Z975820R5V

        (c)        Cannon Power Shot A610 Digital Camera

        (d)        Numerous Thumb drives and Digital Storage Devices

2. The United States shall publish notice of this order pursuant to 18 U.S.C. § 982 (b)(1) and 21 U.S.C. § 853 (n)(1) .

3.  That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Federal Rules of Criminal Procedure, Rule 32.2(c); 18 U.S.C. § 982 (b)(1); and 21 U.S.C. § 853(n) in which all interests will be addressed.

IT IS SO ORDERED this ___ th day of _____ , 2013.

HONORABLE JIMM LARRY HENDREN
U.S. DISTRICT JUDGE

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

**JAN 0 7 2013**

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk